# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CR 08   0576

ADRIAN LANDERS,   PJH

E-filing

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm

---

A true bill.

_Angelina Samuel_
Foreman

Filed in open court this ___26th___ day of
___Aug. 2008___

_Karen L. Hom_   KAREN L. HOM
~~JOSEPH C. SPERO~~   Clerk
~~UNITED STATES MAGISTRATE JUDGE~~

Bail, $ ___no proc___

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 USC Section 922(g)(1): Felon in possession of firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximums: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; [Class C Felony]

E-filing

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
AUG 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----
▶ ADRIAN LANDERS

DISTRICT COURT NUMBER
CR 08 0576   PJH

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year  8/18/08
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
ATF Task Force Officer Lance Bosshard

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
08-70528 JCS

Name and Office of Person Furnishing Information on this form   AUSA Nat Cousins
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Nat Cousins

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 9/2/08  9:30 a.m.   Before Judge: LaPorte

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 2 | United States Attorney |

**FILED**
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08 0576 PJH |
| Plaintiff, | ) | VIOLATION:18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm |
| v. | ) | |
| ADRIAN LANDERS, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

On or about June 18, 2008, in the Northern District of California, the defendant,

ADRIAN LANDERS,

having been previously convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm – specifically an IMI UZI semi-automatic carbine, serial number 002442 – loaded with 17

///

///

///

///

INDICTMENT

1  cartridges, in and affecting interstate commerce, in violation of Title 18, United States
2  Code, Section 922(g)(1).
3
4
5  DATED:  8/26/08                    A TRUE BILL.
6
                                      [signature]
7                                     FOREPERSON
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9
   [signature]
10 KYLE WALDINGER
   Deputy Chief, Major Crimes Section
11
12 (Approved as to form: [signature]
13                      AUSA N. COUSINS
14
15
...
28

INDICTMENT

2