1  JULIANA DROUS
   Attorney at Law SB#92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Facsimile: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant
   ADRIAN LANDERS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES, | CR 08-00576-001 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER CONTINUING COURT DATE** |
| ADRIAN LANDERS, |  |
| Defendant. |  |

Status Hearing re Detention is scheduled to be conducted on March 30, 2015, at 9:30 a.m., before Magistrate Judge Kandis A. Westmore. Defense counsel is unavailable to appear at this scheduled time due to hearing scheduled in the San Francisco Superior Court which cannot be rescheduled. Counsel respectfully requests that the status hearing on this case be continued for one day to March 31, 2015.

Dated: March 26, 2015            /s/
                                 JULIANA DROUS
                                 Attorney for Defendant
                                 ADRIAN LANDERS

DATED: March 26, 2015            /s/
                                 WADE MAXWELL RHYNE
                                 Asst. United States Attorney

STIPULATION AND (PROPOSED) ORDER                                              1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ADRIAN LANDERS,<br><br>　　　　　Defendant. | ) CR 08-00576-001 PJH<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER CONTINUING COURT DATE**<br>)<br>)<br>)<br>)<br>) |

It is HEREBY ORDERED that the Status Hearing re Detention is continued to March 31, 2015, at 9:30 a.m. .

Dated: 3/27/15

　　　　　　　　　　　　　　　　　　　　/s/ Kandis Westmore
　　　　　　　　　　　　　　　MAGISTRATE JUDGE KANDIS A. WESTMORE

STIPULATION AND (PROPOSED) ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　2